UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| Corey Quinn,<br><br>    Plaintiff<br><br>v.<br><br>GC Services Limited Partnership,<br><br>    Defendant | Case No. 08-CV-00083-JAW |

**NOTICE OF DISMISSAL**

　　NOW COMES the Plaintiff, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby dismisses this action.

Dated at Bangor, ME, this 23rd day of June, 2008.

　　　　　　　　　　　　　　　　　　　　　　/s/ Perry O'Brian, Esq.
　　　　　　　　　　　　　　　　　　　　　　Perry O'Brian, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney For Plaintiff
　　　　　　　　　　　　　　　　　　　　　　42 Columbia Street
　　　　　　　　　　　　　　　　　　　　　　Bangor, ME 04401
　　　　　　　　　　　　　　　　　　　　　　207-942-4697