UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| COREY QUINN,<br><br>    Plaintiff<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>    Defendant | Case No. 08-CV-00083-JAW |

AMENDED NOTICE OF DISMISSAL

NOW COMES the Plaintiff, Corey Quinn, by and through his undersigned counsel, and hereby dismisses, with prejudice and without costs, his complaint in the above captioned matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  Each party shall bear its own attorneys' fees.

Dated at Bangor, Maine, this 2nd day of July, 2008.

    /s/ Richard W. Hall, Esq.
Richard W. Hall, Esq.
Attorney for Plaintiff
107-111 Columbia Street
Bangor, Maine  04401 / (207) 947-3386

    /s/ Perry O'Brian, Esq.
Perry O'Brian, Esq.
Attorney for Plaintiff
42 Columbia Street
Bangor, Maine  04401 / (207) 942-4697